UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | CR 06-187 DSD/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Michael Riley, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 10, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's Motion to suppress eyewitness identifications [#17] is **DENIED** and Defendant's Motion to Suppress Statements, Admissions, and Answers [#16] is **GRANTED in part**.  The Court orders that any statements that Defendant made prior to having his Miranda rights read to him, and after he asserted his right to an attorney, are suppressed.  In all other respects the motion should is **DENIED**.

DATED: September 12, 2006          s/David S. Doty
at Minneapolis, Minnesota          JUDGE DAVID S. DOTY
                                   United States District Court